**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of June, two thousand twenty-six,

German Alejandro Cerrato-Barahona,

        Petitioner,

   v.

Pamela Bondi, United States Attorney General,

        Respondent,

**ORDER**
Docket No. 22-6349

Petitioner moves for leave to waive oral argument set for Wednesday, June 24, 2024.

IT IS HEREBY ORDERED that the motion is DENIED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court